IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      NOV 1 3 2014
CLERK, U.S. DISTRICT COURT
By_____
        Deputy
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-MJ-464 |
| DOUGLAS RILEY MOORE (01)<br>FRANCISCO ANTONIO CANANA (02) | |

## CRIMINAL COMPLAINT

Conspiracy to Possess a Controlled Substance with Intent to Distribute

On or about November 12, 2014, in the Fort Worth Division of the Northern District of Texas, defendants **Douglas Riley Moore** and **Francisco Antonio Canana**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 846.

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1.   On November 12, 2014, Agents and Officers with the Drug Enforcement Administration (DEA) Fort Worth Resident Office utilized a Confidential Source (CS) to negotiate for the purchase of approximately one pound of methamphetamine from Douglas Riley Moore and Francisco Antonio Canana. During the day, the CS made monitored phone calls to Moore for the purchase of one pound of methamphetamine.

**Criminal Complaint - Page 1 of 3**

2. As part of the operation, Agents and Officers with the DEA established surveillance at the residence of Douglas Riley Moore, located at 4925 Gordon Ave., Fort Worth, Texas. At that time, Agents and Officers observed a white 2001 Pontiac Grand Prix parked in the driveway in front of the residence.

3. At approximately 6:38 p.m., Agents and Officers observed the white 2001 Pontiac Grand Prix, being driven by Douglas Riley Moore, with Francisco Antonio Canana as the passenger, departing the residence at 4925 Gordon Ave., Fort Worth, Texas. Agents and Officers maintained mobile surveillance on the vehicle as it departed the area.

4. At approximately 7:00 p.m., Agents and Officers observed Douglas Riley Moore and Francisco Antonio Canana arrive at the parking lot of the Academy Sporting and Outdoors store, located at 6101 Interstate 20, Fort Worth, Texas. At that time, Agents and Officers observed Douglas Riley Moore and Francisco Antonio Canana enter the CS's vehicle.

5. At approximately 7:05 p.m., the CS gave a prearranged signal, informing Agents and Officers that Douglas Riley Moore and Francisco Antonio Canana had shown the CS the methamphetamine. At that time, Agents and Officers approached the CS's vehicle and took Douglas Riley Moore and Francisco Antonio Canana into custody.

6. During the search of the CS's vehicle, Agents and Officers located and seized approximately 459.2 gross grams of methamphetamine inside an Air Jordan shoebox and approximately 13.1 gross grams of methamphetamine inside a cigarette box, located inside Douglas Riley Moore's jacket pocket.

7. Although I have not listed all the facts regarding this conspiracy, I believe that the facts stated here establish probable cause that the defendants have committed a violation of 21 U.S.C. § 846, Conspiracy to Possess Methamphetamine with the Intent to Distribute it.

Brian Finney
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 9:15 am/pm, this 13th day of November, 2014, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint - Page 3 of 3